# THE STROUD LAW FIRM

PHILIP A. STROUD[1,2]  
BRANDON L. FLECHAS

TELEPHONE 662.536.5656  
FACSIMILE 662.536.5657

DEERCHASE OFFICE PARK  
5779 GETWELL ROAD  
BUILDING C, SUITE 1  
SOUTHAVEN, MISSISSIPPI 38672

[1] ALSO LICENSED IN TENNESSEE  
[2] ALSO LICENSED IN ALABAMA

E-MAIL: brandon@stroudlawyers.com

August 19, 2011

**VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED**

Hon. Jim Pitcock  
Chancery Court Clerk  
215 S. Pocahontas Street  
Sardis, MS 38666

Re: Our Client: Sandra A. Thompson  
Our File No: 10-2026/BF  
Date of Incident: August 31, 2010, through September 7, 2010

Dear Mr. Pitcock:

Pursuant to Mississippi Code Annotated § 11-46-11 (Mississippi Tort Claims Act – Notice Requirements) please take notice that the above referenced individual intends to pursue a claim against Panola County for its negligent and/or wanton acts or omissions that contributed to Sandra A. Thompson's wrongful arrest and imprisonment in Panola County's correctional facility beginning on August 31, 2010, and ending on September 7, 2010. At the time of the incident, Ms. Thompson resided at 48 Sleepy Creek Lane, Pope, Mississippi, 38658. She currently resides at 48 Sleepy Creek Lane, Pope, Mississippi, 38658.

On August 31, 2010, Ms. Thompson was falsely arrested and imprisoned pursuant to a warrant intended for another woman. The Panola County jailors failed to investigate the circumstances surrounding the arrest and surrender of Ms. Thompson to insure that the arrest and surrender were proper and that she was in fact the criminal suspect for whom the arrest warrant was intended. Instead, the jailors took Ms. Thompson into custody with no verification whatsoever and negligently and/or wantonly, with reckless disregard for Ms. Thompson's rights, wrongfully imprisoned her for a period of eight (8) days.

During Ms. Thompson's imprisonment, she was consistently tormented by jailers who told her that she was a felon and would be going to prison. She was forced to sleep on the floor of a jail cell. As a result of Ms. Thompson's wrongful arrest and imprisonment, she has suffered defamation of her character and embarrassment. Her constitutional rights were violated and she has suffered mental and emotional distress as a result of the incident.

www.stroudlawyers.com

EXHIBIT "A"

Hon. Jim Pitcock
Chancery Court Clerk
Page 2
August 19, 2011

As a result of Panola County's negligence, wantonness, and/or reckless disregard for Ms. Thompson's rights to be free from false arrest and wrongful imprisonment, Ms. Thompson demands money damages in the amount of $500,000.00. We would ask that you forward this demand to the County's insurance carrier for review.

In the event that we have not heard from either your office or the insurance representative responsible for adjusting this claim within ninety (90) days of your receipt of this "Notice of Claim", we intend to file suit.

If you have any questions, please do not hesitate to contact me.

Sincerely,

Brandon Flechas

CC. Ms. Sandra Thompson