IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

| | |
|---|---|
| **SANDRA A. THOMPSON** | **PLAINTIFF** |
| vs. | No: 2:12-cv-0014-MPM-JMV |
| **PANOLA COUNTY, MISSISSIPPI;** **BRYAN ARNOLD** A, B, C, D, E, and F, the individuals Responsible for the arrest, detainment, and jailing of Sandra A. Thompson | **DEFENDANTS** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

It appearing to the Court, as evidenced by the signature of counsel hereto, that all matters and things in controversy have been compromised and settled, and that this entire cause should be dismissed with prejudice. It is therefore ordered and adjudged that any and all claims brought, or which may have been brought against Defendants relating to the incident which is the subject of this civil action are hereby dismissed, with prejudice, and Defendants are released in all respects with no further liability on any matters relating to this Civil Action for claims or liens, known or unknown, relating to this lawsuit or the claim giving rise to it.

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that this entire cause be and is hereby dismissed with prejudice and that Defendants are released in all respects with no further liability on any matters relating to this Civil Action for claims, known or unknown, relating to this lawsuit or the claims giving rise to this action.

This the 14th day of November, 2012.

       **/s/ MICHAEL P. MILLS**
       **CHIEF JUDGE**
       **UNITED STATES DISTRICT COURT**
       **NORTHERN DISTRICT OF MISSISSIPPI**

APPROVED FOR ENTRY:

/s/Brandon Flechas
Brandon Flechas, #102283
The Stroud Law Firm
5779 Getwell Road, Bldg C-1
Southaven, MS  38672
(662) 563-5656
*Attorney for Sandra A. Thompson*

/s/David Darnell
David Darnell, BPR #102841
**LAW OFFICE OF SCOTT C. CAMPBELL**
6750 Poplar Avenue, Suite 601
Germantown, TN 38138-7416
(901) 756-3046
*Attorney for Panola County, Mississippi
and Bryan Arnold*